**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| GERMAN ZAPATA, #76531-179, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 4:24-cv-234-JDK-BD |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner German Zapata filed this pro se motion to vacate, set aside, or correct his federal sentence pursuant to 28 U.S.C. § 2255. The case was referred to United States Magistrate Judge Bill Davis for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On August 17, 2026, Judge Davis issued a Report recommending that the motion be denied on the merits, that this action be dismissed with prejudice, and that a certificate of appealability be denied. Docket No. 27. Petitioner, with the assistance of counsel, filed written objections to Section I of the Report. Docket No. 30. Petitioner filed pro se written objections to Section II of the Report. Docket No. 32.

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

For those portions of the Report to which no objections are filed, the Court reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having conducted a de novo review of the record in this case and the Magistrate Judge's Report, the Court has determined that the Report of the Magistrate Judge is correct, and Petitioner's objections are without merit. Accordingly, the Court **OVERRULES** Petitioner's objections (Docket Nos. 30 & 32) and **ADOPTS** the Report of the Magistrate Judge (Docket No. 27) as the opinion of the District Court. Petitioner's motion is hereby **DENIED**, and this case is **DISMISSED** with prejudice. The Court **DENIES** a certificate of appealability. All pending motions are **DENIED** as moot.

So **ORDERED** and **SIGNED** this **5th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE